UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**ALLIANZ GLOBAL CORPORATE & SPECIALTY MARINE INSURANCE COMPANY**, *an Illinois corporation, as Subrogee of Cooperative Regions of Organic Producer Pools, Inc.*

CAUSE NO: 1:16-cv-00122-WTL-DML

Plaintiff,

v

**GROSS ROOFING & SHEETMETAL, LLC,** *an Indiana Corporation*,
**SMITHFOODS ORRVILLE, INC.**, a*n Ohio Corporation*,

Defendants.

## CORPORATE DISCLOSURE STATEMENT OF ALLIANZ GLOBAL CORPORATE & SPECIALTY

Pursuant to S.D. of Indiana L.R. 7.2, of the United States District Court for the Southern District of Indiana, Plaintiff makes the following disclosure:

Allianz Global Corporate & Specialty Marine Insurance Company (hereinafter "AGCS Marine Insurance Company") is a nongovernmental corporation, with its principal place of business in Chicago, Illinois.  Allianz Global Risks US Insurance Company is the parent corporation for AGCS Marine Insurance Company and owns 100% of its stock. Allianz of America, Inc. is the parent corporation for Allianz Global Risks US Insurance Company and owns 100% of its stock.  Allianz Europe B.V., a private limited liability company registered in the Netherlands, is the parent corporation of Allianz of America, Inc. and owns 100% of its stock.  Allianz SE, a publically traded company, is the parent corporation of Allianz Europe B.V. and owns 100% of its stock.  Thus, Allianz SE indirectly owns 10% percent or more of AGCS Marine Insurance Company Stock.

Respectfully Submitted,

By: */s/ Geoffrey D. Farnham*
Melinda A. Davis (*Pending Pro Hac Vice*)
Geoffrey D. Farnham (2823849)
DENENBERG TUFFLEY, PLLC
**Attorneys for Plaintiff**
28411 Northwestern Hwy., Suite 600
Southfield, MI  48304
Telephone: (248) 549-3900
Facsimile: (248) 593-5808
mdavis@dt-law.com;
gfarnham@dt-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, a copy of the foregoing was filed electronically using the CM/ECF system and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system which will automatically send e-mail notification of such filing to all counsel of record, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: */s/ Geoffrey D. Farnham*
Melinda A. Davis (*Pending Pro Hac Vice*)
Geoffrey D. Farnham (2823849)
DENENBERG TUFFLEY, PLLC
**Attorneys for Plaintiff**
28411 Northwestern Hwy., Suite 600
Southfield, MI  48304
Telephone: (248) 549-3900
Facsimile: (248) 593-5808
mdavis@dt-law.com;
gfarnham@dt-law.com